IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CRISTINA COELLO,**

    **Plaintiff,**

v.                                     No. CIV-13-0527 MV/LAM

**WELLS FARGO BANK, N.A.,**

    **Defendant.**

# ORDER TO FILE A STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* upon a review of the docket and upon the Court's order to file monthly status reports [*Doc. 31*]. The parties' last status report was filed November 13, 2015. [*Doc. 42*].

**IT IS THEREFORE ORDERED THAT** the parties jointly file a status report with the Court *on or before June 22, 2016,* advising of the status of the case and the pending state court action.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**