IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRISTINA COELLO-PAGAN,

    Plaintiff,

vs.                                               No. 1:13-CV-527 MV/KRS

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the United States Magistrate Judge's Proposed Findings and Recommended Disposition, (Doc. 130), filed January 7, 2022. The Proposed Findings notified the parties of their right to file objections and that failure to object would preclude appellate review. (Doc. 130) at 11. To date, no parties have filed objections and the time for doing so has passed.

IT IS THEREFORE ORDERED that the United States Magistrate Judge's Proposed Findings and Recommended Disposition, (Doc. 130), is ADOPTED;

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss, (Doc. 125), is GRANTED and this case is DISMISSED with prejudice. The Court will enter a separate judgment closing the case.

_____
MARTHA VAZQUEZ
SENIOR UNITED STATES DISTRICT JUDGE